# United States District Court
## District of Minnesota

| | |
|---|---|
| Galen Traylor, | Court file no. 10-cv-04949 (JRT/JSM) |
| Plaintiffs, | |
| v. | **Notice of Dismissal With Prejudice** |
| Allied Interstate, Inc., | |
| Defendant. | |

It is hereby stipulated and agreed to by Plaintiff and her attorney that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice, without costs, disbursements, or attorney fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

**The Glover Law Firm, LLC**

Date: January 28, 2010          *s/Randall P. Ryder*
                               Randall P. Ryder (#389957)
                               125 Main Street SE, #250
                               Minneapolis, MN 55414

                               phone • 612.424.3770
                               fax • 612.605.1947
                               e-mail • email@theglf.com

                               Attorney for Plaintiff